(94 South. 920)

Ex parte CHESSER. (4 Div. 31.) (Supreme Court of Alabama. Dec. 14, 1922.) Certiorari to Court of Appeals. J. Morgan Prestwood, of Andalusia, for petitioner. Powell & Reid, of Andalusia, for appellees.

McCLELLAN, J. Petition of J. T. Chesser for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of J. T. Chesser v. First Bank of Red Level and A. B. Powell, 94 South. 786. Writ denied.

---

(94 South. 921)

Ex parte CITY OF BIRMINGHAM. (6 Div. 738.) (Supreme Court of Alabama. Nov. 2, 1922.) Certiorari to Court of Appeals. W. J. Wynn and W. Marvin Woodall, both of Birmingham, for petitioner. Coleman & Coleman & Spain and Atwell J. Brown, all of Birmingham, opposed.

McCLELLAN, J. Petition of the city of Birmingham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of City of Birmingham v. J. A. Bergreen, 18 Ala. App. 636, 94 South. 195. Writ denied.

---

(94 South. 921)

Ex parte CORNELISON. (8 Div. 497.) (Supreme Court of Alabama. Nov. 2, 1922.) Certiorari to Court of Appeals. Proctor & Snodgrass, of Scottsboro, and Hill, Hill, Whiting & Thomas, of Montgomery, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of John Cornelison for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of John Cornelison v. State of Alabama, 18 Ala. App. 639, 94 South. 202. Writ denied.

---

(93 South. 922)

Ex parte CROWDER. (4 Div. 16.) (Supreme Court of Alabama. Oct. 26, 1922.) Certiorari to Court of Appeals. W. L. & R. S. Parks, of Troy, for petitioner. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., opposed.

PER CURIAM. Petition of J. W. Crowder for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of J. W. Crowder v. State of Alabama, 93 South. 338.[1] Petition dismissed for a noncompliance with Supreme Court rule 38 (198 Ala. xiii, 83 South. vi) and rule 42 (198 Ala. xiv, 77 South. vii).

---

(94 South. 921)

CUTCLIFF v. CUTCLIFF. (6 Div. 699.) (Supreme Court of Alabama. Nov. 28, 1922.)

[1] 18 Ala. App. 632.

Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

(93 South. 922)

DELANEY v. STATE. (1 Div. 195.) (Supreme Court of Alabama. May 25, 1922. Rehearing Denied June 30, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. S. P. Gaillard, Jr., and C. M. A. Rogers, both of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

GARDNER, J. Appellant was convicted of murder in the first degree, and given the death penalty. The appeal is upon the record, with no bill of exceptions. We have examined the record very carefully, and find it presents no question for consideration. No error appearing, the judgment appealed from will be affirmed. All the Justices concur.

---

(93 South. 922)

DICKERT v. HUTTO. (7 Div. 237.) (Supreme Court of Alabama. May 30, 1922.) Appeal from Circuit Court, Calhoun County; A. P. Agee, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(93 South. 922)

Ex parte DURDEN. (4 Div. 1.) (Supreme Court of Alabama. June 15, 1922.) Certiorari to Court of Appeals. Farmer, Merrill & Farmer, of Dothan, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

McCLELLAN, J. Petition of Lige Durden for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Lige Durden v. State of Alabama, 18 Ala. App. 498, 93 South. 342. Writ denied.

---

(93 South. 922)

Ex parte EDWARDS. (6 Div. 690.) (Supreme Court of Alabama. May 18, 1922.) Certiorari to Court of Appeals. Wood & Pritchard, of Birmingham, for appellant. W. J. Wynn and W. M. Woodall, both of Birmingham, opposed.

PER CURIAM. Petition of James A. Edwards for certiorari to the Court of Appeals to review and revise the judgment and decision of said court rendered in the case of City of Birmingham v. James A. Edwards, 18 Ala. App. 459, 93 South. 233. Writ denied.